IRVING SINGER, Respondent, v. EVA SMITH COHEN, Appellant.— Order granting plaintiff's motion to strike out the answer as sham modified by granting the motion to the extent of striking out the third separate defense, and otherwise denying said motion, and as so modified affirmed, without costs. The appeal from the order denying motion for reargument, and the motion for a stay, are dismissed, without costs. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

VILLAGE OF SPRING VALLEY, Appellant, v. ERIE RAILROAD COMPANY, Respond-ent, and Another, Defendant.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Wednesday, November 9, 1927. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

TEMPLE BAR REALTY Co., INC., Respondent, v. GOLDRING CONSTRUCTION Co., INC., and Others, Defendants. ABRAHAM LIPSKY and SAMUEL ROSENTHAL, Co-partners, etc., Appellants.— Order granting plaintiff's motion to require John G. Thomson to pay over, on account of a prior mortgage, the sum of $1,388.20, which, as receiver, he had received in another foreclosure suit involving the same premises, affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

MARY C. WALSH, Appellant, v. GUS SCARMALIS, Respondent. SAMUEL WALSH, Appellant.— Order consolidating actions affirmed, with ten dollars costs and dis-bursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

HORACE S. WARNER, Appellant, v. EDWARD GREENWOOD, etc., Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

JOSEPH BALDO, Appellant, v. IRVING BANK-COLUMBIA TRUST COMPANY and Another, Respondents.— Motion to dismiss appeal denied on condition that appel-lant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

NATHANIEL BECHER, Respondent, v. CLARENCE D. SIRE, Appellant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

ADOLPH BERLINER, Appellant, v. GLEMAC REALTY CORPORATION and Others, Respondents. (Action No. 1.) — Motion to dismiss appeal denied upon con-dition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.